IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIO EDUARDO FAJARDO AVILES, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | |
| ) | Case No. 3:25-cv-570 |
| BRIAN McSHANE, *et al.*, ) | Judge Stephanie L. Haines |
| ) | |
| Respondents. ) | |
| ) | |

## ORDER

Mario Eduardo Fajardo Aviles ("Petitioner") is an immigration detainee who is currently being held at the Moshannon Valley Processing Center ("MVPC") in Clearfield County, Pennsylvania. On December 28, 2025, Petitioner filed a "Petition for Writ of Habeas Corpus" (the "Petition") (ECF No. 1) and most recently, on February 4, 2026, he filed a Motion for Temporary Restraining Order (T.R.O.) (ECF No. 5) and Brief (ECF No. 6). In his Motion for T.R.O., Petitioner requests this Court enjoin Respondents from moving him outside the State of Pennsylvania; enjoin Respondents from removing Petitioner while this action is pending; and order Petitioner's immediate release from Respondents' custody. ECF No. 6, pg. 27.

This Court lacks authority to grant relief prohibiting transfers as the places of detention for aliens pending removal is left to the discretion of the Attorney General. 8 U.S.C. § 1231(g)(1). *See also Sinclair v. Atty Gen.*, 198 F. Appx 222 n.3 (3d Cir. 2006). Additionally, Petitioner's request for immediate release goes beyond the "limited nature of a [T.R.O.]" and instead requests "mandatory, affirmative relief[,]" which may not be afforded via a T.R.O. *Hope v. Warden York County Prison (Hope I)*, 956 F.3d 156, 162 (3d Cir. 2020) (finding that where the district court purported to enter an ex parte T.R.O. but directed the release of twenty petitioners, the relief altered

1

the status quo, exceeding the temporary and limited nature of a [T.R.O.]) (citing *Granny Goose Foods Inc. v. Brotherhood of Teamsters and Auto Truck Drivers Local*, 415 U.S. 423, 439 (1974)).

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's Motion at ECF No. 5 is **DENIED**.

**IT IS FURTHER ORDERED** that the jurisdiction of this case is returned to the magistrate judge for further proceedings.

DATED: February 5, 2026

BY THE COURT:

STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE